FILED
1/12/18 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LANA S. LAUGHBAUM, | : | Case No. 18-10023-TPA |
| *Debtor* | : | |
| | : | Chapter 13 |
| LANA S. LAUGHBAUM, | : | |
| *Movant* | : | Related to Doc. No. 4 |
| | : | |
| v. | : | |
| | : | |
| ABN AMRO MORTGAGE CO., et al., | : | |
| *Respondents* | : | |

*ORDER*

AND NOW, this **12th** day of ***January, 2018,*** following an emergency hearing held at 9:15 A.M. this date on the ***Motion to Allow Filing of Chapter 13 and Impose Automatic Stay*** ("Motion") filed by the Debtor at Doc. No. 4, and for the reasons stated on the record at the time of the hearing, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1) The *Motion* is **DENIED** and the **DISMISSAL** of the case is reinstated **IMMEDIATELY**.

(2) The dismissal of the case is further subject to the remaining term of the two-year bar to refiling previously imposed by the Court in one of the Debtor's prior bankruptcy cases, which bar does not expire until September 28, 2018.

(3) Because of the time exigencies involved, following the hearing the Court had its staff immediately notify the Sheriff of Jefferson County by telephone that the case was being dismissed and the Sheriff Sale that was scheduled for this morning as to property of the Debtor could proceed, and such sale will not be a violation of the automatic stay even if the sale itself were to actually occur prior to the entry of this written order confirming the dismissal of the case.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Lawrence Willis, Esq.
    Sheriff Carl Gotwald, via e-mail   cgotwald@jeffersoncountypa.com